UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NEAL OUELLETTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:08CV1121 HEA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant, ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation, of Magistrate Judge Lewis M. Blanton that the decision of the Commissioner be reversed and remanded. None of the parties have filed any objections to the Report and Recommendation within the prescribed time period.

After careful consideration, the Court will adopt and sustain the sound reasoning of Judge Blanton as set forth in his August 11, 2009 Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the decision of the Commissioner is reversed and remanded under Sentence four of 42 U.S.C. § 405(g).

A separate judgment in accordance with this Order is entered this same date.

Dated this 25th day of August, 2009.

                                        _____
                                         HENRY EDWARD AUTREY
                                    UNITED STATES DISTRICT JUDGE